UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL MARKO and MIKE'S INC.,**

    **Plaintiffs,**

v.                                                                            Case No:  6:17-cv-1725-Orl-41GJK

**BENJAMIN & BROTHERS, LLC,**

    **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without Prejudice (Doc. 42). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record